Gary L. Eastman, Esq. (CSB #182518)
Tifanie H. Nelson, Esq. (CSB #286935)
EASTMAN & MCCARTNEY LLP
401 West A Street, Suite 1785
San Diego, CA 92101
(619) 230-1144

Attorneys for Plaintiff/Counterclaim-Defendant
ANTHONY JOHNSON

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOHNSON, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>STORIX, INC., a California corporation,<br><br>    Defendant.<br><br>AND RELATED CROSS ACTION. | Case No. 14-cv-1873 H (BLM)<br><br>**DECLARATION OF GARY L. EASTMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: October 30, 2015<br>Time: 10:30 a.m.<br>Courtroom: 15A<br>Judge: Hon. Marilyn L. Huff<br>Magistrate: Hon. Barbara Lynn Major |

I, Gary L. Eastman, declare as follows:

1. I am an attorney for Plaintiff Anthony Johnson in this matter. I have personal knowledge of the facts set forth in this Declaration and if called to testify, I could and would testify competently to such facts under oath.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the deposition of Anthony Johnson taken on June 10, 2015 (filed under seal).

3. Attached hereto as Exhibit 2 is a true and correct copy of a document produced by Plaintiff in this litigation as JOHNSON001571.

DECL. GARY L. EASTMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

(CASE NO. 14-cv-1873 H (BLM))

1

4. Attached hereto as Exhibit 3 is a true and correct copy of a document produced by Plaintiff in this litigation as JOHNSON001542.

5. Attached hereto as Exhibit 4 is a true and correct copy of the certificate of registration obtained from the website for the United States Trademark Office for "STORIX SOFTWARE," Trademark Registration No. 2,528,677.

6. Attached hereto as Exhibit 5 is a true and correct certified copy of the certificate of registration for Copyright Registration No. TXu000988741 obtained from the United States Copyright Office.

7. Attached hereto as Exhibit 6 is a true and correct copy of the expert report written by Defendant's software/technical expert Barbara Frederiksen-Cross, dated July 31, 2015 (filed under seal).

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the deposition of David Huffman, Volume 1, taken on June 2, 2015 (filed under seal).

9. Attached hereto as Exhibit 8 is a true and correct copy of a document produced by Plaintiff in this litigation as JOHNSON001572-1573.

10. Attached hereto as Exhibit 9 is a true and correct copy of a document produced by Plaintiff in this litigation as JOHNSON001721-1727.

11. Attached hereto as Exhibit 10 is a true and correct copy of the Trademark Assignment for United States Trademark Office for "STORIX SOFTWARE," Trademark Registration No. 2,528,677 obtained from the website for the United States Trademark Office and produced by Plaintiff in this litigation as JOHNSON000004-000006.

12. Attached hereto as Exhibit 11 is a true and correct copy of a document produced by Plaintiff in this litigation as JOHNSON007940.

13. Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the deposition of Manuel Altamirano, Volume 1, taken on June 4, 2015 (filed under seal).

14. Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the deposition of Richard Turner, Volume 2, taken on June 5, 2015 (filed under seal).

15. Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the deposition of David Huffman, Volume 2, taken on June 3, 2015 (filed under seal).

16. Attached hereto as Exhibit 15 is a true and correct copy of excerpts from the deposition of David Kinney, Volume 1, taken on June 1, 2015 (filed under seal).

17. Attached hereto as Exhibit 16 is a true and correct copy of the expert report written by Defendant's financial expert Brian Bergmark, dated July 31, 2015 (filed under seal).

18. Attached hereto as Exhibit 17 is a true and correct copy of a document produced by Plaintiff in this litigation as JOHNSON001576.

19. Attached hereto as Exhibit 18 is a true and correct copy of a document produced by Plaintiff in this litigation as JOHNSON001577-1578.

20. Attached hereto as Exhibit 19 is a true and correct copy of a document produced by Plaintiff in this litigation as JOHNSON001579-1580.

21. Attached hereto as Exhibit 20 is a true and correct copy of a document produced by Plaintiff in this litigation as JOHNSON001581-1582.

22. Attached hereto as Exhibit 21 is a true and correct copy of a document produced by Plaintiff in this litigation as JOHNSON001584-1585.

23. Attached hereto as Exhibit 22 is a true and correct copy of a document produced by Plaintiff in this litigation as JOHNSON001586-1588.

24. Attached hereto as Exhibit 23 is a true and correct copy of a document produced by Plaintiff in this litigation as JOHNSON001589-1592.

25. Attached hereto as Exhibit 24 is a true and correct copy of a document produced by Plaintiff in this litigation as JOHNSON001543-1549.

26. Attached hereto as Exhibit 25 is a true and correct copy of a document produced by Defendant in this litigation as STORIX154058-154061 (filed under seal).

27. Attached hereto as Exhibit 26 is a true and correct copy of a document produced by Defendant in this litigation as STORIX102762 (filed under seal).

28. Attached hereto as Exhibit 27 is a true and correct copy of a document

produced by Defendant in this litigation as STORIX231254-231257 (filed under seal).

29.  Attached hereto as Exhibit 28 is a true and correct copy of a document produced by Defendant in this litigation as STORIX231238-231241 (filed under seal).

30.  Attached hereto as Exhibit 29 is a true and correct copy of a document produced by Defendant in this litigation as STORIX231242-231245 (filed under seal).

31.  Attached hereto as Exhibit 30 is a true and correct copy of a document produced by Defendant in this litigation as STORIX231227-231230 (filed under seal).

32.  Attached hereto as Exhibit 31 is a true and correct copy of a document produced by Defendant in this litigation as STORIX231258-231261 (filed under seal).

33.  Attached hereto as Exhibit 32 is a true and correct copy of a document produced by Defendant in this litigation as STORIX231234-231237 (filed under seal).

34.  Attached hereto as Exhibit 33 is a true and correct copy of a document produced by Defendant in this litigation as STORIX231246-231249 (filed under seal).

35.  Attached hereto as Exhibit 34 is a true and correct copy of a document produced by Defendant in this litigation as STORIX231221-231224 (filed under seal).

36.  Attached hereto as Exhibit 35 is a true and correct copy of a document produced by Defendant in this litigation as STORIX124668 (filed under seal).

37.  Attached hereto as Exhibit 36 is a true and correct copy of a document produced by Defendant in this litigation as STORIX231284-231294 (filed under seal).

38.  Attached hereto as Exhibit 37 is a true and correct copy of a document

produced by Defendant in this litigation as STORIX231433-231434 (filed under seal).

39. Attached hereto as Exhibit 38 is a true and correct copy of excerpts from the deposition of Reuben Hawkins, Volume 1, taken on June 5, 2015 (filed under seal).

40. Attached hereto as Exhibit 39 is a true and correct copy of a document produced by Defendant in this litigation as STORIX231430 (filed under seal).

41. Attached hereto as Exhibit 40 is a true and correct copy of a document produced by Plaintiff in this litigation as JOHNSON000050-000051.

42. Attached hereto as Exhibit 41 is a true and correct copy of a document produced by Plaintiff in this litigation as JOHNSON000056.

43. Attached hereto as Exhibit 42 is a true and correct copy of a document produced by Plaintiff in this litigation as JOHNSON000064-000065.

44. Attached hereto as Exhibit 43 is a true and correct copy of a document produced by Plaintiff in this litigation as JOHNSON000068-000069.

45. Attached hereto as Exhibit 44 is a true and correct copy of a document produced by Plaintiff in this litigation as JOHNSON000001-000003.

46. Attached hereto as Exhibit 45 is a true and correct copy of correspondence from corporate counsel for Storix, Inc., Blake Allen, dated July 24, 2015, sent to former counsel for Anthony Johnson, Matthew Becker (filed under seal).

47. Attached hereto as Exhibit 46 is a true and correct copy "Change Logs" for SBA version 8.2 (Solaris) obtained from the website of Storix, Inc., www.storix.com.

48. Attached hereto as Exhibit 47 is a true and correct copy "Change Logs" for SBA version 8.2 (Linux) obtained from the website of Storix, Inc., www.storix.com.

49. Attached hereto as Exhibit 48 is a true and correct copy "Change Logs" for SBA version 8.2 (AIX) obtained from the website of Storix, Inc., www.storix.com.

50. Attached hereto as Exhibit 49 is a true and correct copy of excerpts from the deposition of Richard Turner, Volume 1, taken on June 4, 2015 (filed under seal).

51. Attached hereto as Exhibit 50 is a true and correct copy of a document

1. produced by Plaintiff in this litigation as JOHNSON001513.

52. Attached hereto as Exhibit 51 is a true and correct copy of a document produced by Plaintiff in this litigation as JOHNSON001517-001519.

I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on October 2, 2015 at San Diego, California.

/s/ Gary L. Eastman
Gary L. Eastman

# CERTIFICATE OF SERVICE

I, the undersigned certify and declare as follows:

I am over the age of eighteen years and not a party to this action.  My business address is 401 West A Street, Suite 1785, San Diego, California, 92101, which is located in the county where the service described below took place.

On October 2, 2015, at my place of business in San Diego, California, I served a copy of the following document:

**DECLARATION OF GARY L. EASTMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Via the CM/ECF FILING SYSTEM.  The undersigned hereby certifies that he caused a copy of the foregoing documents to be filed with the clerk of the U.S. District Court, Southern District of California, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participant(s) noted below:

Paul A. Tyrell (Bar No. 193798)
E-mail:  paul.tyrell@procopio.com
Sean M. Sullivan (Bar No. 254372)
E-mail:  sean.sullivan@procopio.com
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA  92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Defendant/Counterclaimant
Storix, Inc., a California corporation

I certify and declare under penalty of perjury under the laws of the United States of American and the State of California that the foregoing is true and correct.

Executed on October 2, 2015, in San Diego, California.

By:     /s/ Gary Eastman
            Gary Eastman

Certificate of Service