Paul A. Tyrell (Bar No. 193798)
E-mail: paul.tyrell@procopio.com
Sean M. Sullivan (Bar No. 254372)
E-mail: sean.sullivan@procopio.com
PROCOPIO, CORY, HARGREAVES &
  SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA  92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Defendant/Counterclaimant
Storix, Inc., a California corporation

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| ANTHONY JOHNSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STORIX, INC., a California corporation,<br><br>Defendant. | Case No. 14-cv-1873 H (BLM)<br><br>DECLARATION OF BARBARA ANN FREDERIKSEN-CROSS IN SUPPORT OF STORIX, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>Courtroom: 15A (15th Floor - Carter/Keep)<br>Judge:     Hon. Marilyn L. Huff<br>Magistrate: Hon. Barbara L. Major<br>Complaint Filed: August 8, 2014<br>Trial Date:   December 8, 2015<br><br>Hearing Date: October 30, 2015<br>Hearing Time: 10:30 A.M. |
|---|---|
| STORIX, INC., a California corporation,<br><br>Counterclaimant,<br><br>v.<br><br>ANTHONY JOHNSON, an individual,<br><br>Counterdefendant. | |

I, Barbara Ann Frederiksen-Cross, declare:

1. I have personal knowledge of the facts set forth is this Declaration and if called to testify, I could and would testify competently to such facts under oath.

DECLARATION OF BARBARA ANN FREDERIKSEN-CROSS
IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
CASE NO. 14-CV-1873 H (BLM)

DOCS 122084-000001/2368384.2

2. I am the Senior Managing Consultant of Johnson-Laird, Inc. I have experience in the design, development, and analysis of computer software. My experience includes software design, programming, project management, capacity planning, performance tuning, problem diagnosis, and administration of hardware, operating systems, application software, and database management systems. I have over forty (40) years of personal experience as a software developer and consultant, including the development of web-based systems, and secure online data access systems.

3. I have direct experience with storage management and backup and recovery software, and have been responsible for the configuration, scheduling, monitoring and maintenance of such software in the context of its use on a variety of platforms, including IBM mainframes, UNIX and AIX systems, Windows-based networks, and stand-alone computer systems. I have been trained in forensic analysis of computer software in the specific context of infringement analysis, and I have previously qualified as an expert in State and Federal Courts to testify about the operation of computer software and computer systems in the context of software copyright and patent disputes.

4. I have been retained by Defendant/Counterclaimant, Storix, Inc. (herein, "Storix") to perform an independent analysis of source code, technical materials, and litigation related depositions and documents in reference to the above case.

5. I make this declaration in support of Storix's Opposition to Plaintiff, Anthony Johnson's (herein, "Johnson") Motion for Summary Judgment.

6. Attached to this declaration as **Exhibit 91** is a true and correct copy of my Opening Expert Report in the above-captioned matter, dated July 29, 2015.

7. Attached to this declaration as **Exhibit 92** is a true and correct copy of my Rebuttal Expert Report in the above-captioned matter, dated August 31, 2015.

2

DECLARATION OF BARBARA ANN FREDERIKSEN-CROSS
IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
CASE NO. 14-CV-1873 H (BLM)

DOCS 122084-000001/2368384.2

8. During my engagement in this matter, I reviewed a copy of the version of Storix Backup Administrator for AIX ("SBAdmin") deposited with the U.S. Copyright office in the course of obtaining Registration No. TXu 988-741 (the "Deposit Copy"). The Deposit Copy was a CD and contained computer program files in various formats. Specifically, the SBAdmin Version 1.3 CD used for Copyright registration TXu 988-741 contains the following files:

```
CDROM
INSTALL.LIST
LICENSE.TXT
README.CHANGES
README.INSTALL
STADMIN.LIST
STANDALONE.LIST
STCKLICENSE
STCLIENT.LIST
STDEFAULTS
STDOCS.BIN
STDOCS.LIST
STDOCS_SA.BIN
STDOCS_SA.LIST
STEXTRACT
STINSTALL
STLICENSE
STORIX
STUPDATE
SYSBACK.LIST
XDEFAULTS
```

9. These files are part of SBAdmin Version 1.3 distribution files and include compiled object code and binary files (STDOCS.BIN, STDOCS_SA.BIN, STEXTRACT, STORIX), shell scripts for install or updates (STUPDATE, STINSTALL), license files (LICENSE.TXT, STLICENSE, STCKLICENSE), various lists of files (*.LIST files), configuration files (STDEFAULTS,

3

DECLARATION OF BARBARA ANN FREDERIKSEN-CROSS
IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
CASE NO. 14-CV-1873 H (BLM)

DOCS 122084-000001/2368384.2

XDEFAULTS), and readme files (README.CHANGES, README.INSTALL). These files do not include the source code used to create the SBAdmin Version 1.3 software.

    I declare under penalty of perjury according to the laws of the United States that the foregoing is true and correct.  Executed this 16th day of October, 2015, at Portland, Oregon.


*/s/ Barbara Ann Frederiksen-Cross*
Barbara Ann Frederiksen-Cross

4

DECLARATION OF BARBARA ANN FREDERIKSEN-CROSS
IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
CASE NO. 14-CV-1873 H (BLM)

DOCS 122084-000001/2368384.2