# EXHIBIT INDEX TO STORIX, INC'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
Case No. 14-cv-1873 H (BLM)

| EXHIBIT | DESCRIPTION | NO. PAGES |
|---|---|---|
| 89. | Brian J. Bergmark Opening Expert Report, dated July 31, 2015. This document is subject to Storix's request to file materials under seal. | 19 |
| 90. | Brian J. Bergmark Rebuttal Expert Report, dated August 31, 2015. This document is subject to Storix's request to file materials under seal. | 22 |
| 91. | Barbara Ann Frederiksen-Cross Opening Expert Report, dated July 29, 2015. This document is subject to Storix's request to file materials under seal. | 71 |
| 92. | Barbara Ann Frederiksen-Cross Rebuttal Expert Report, dated August 31, 2015. This document is subject to Storix's request to file materials under seal. | 91 |
| 93. | Excerpts from the deposition transcript of Anthony Johnson, taken June 10, 2015. | 6 |
| 94. | Excerpts of the rough deposition transcript of George Edwards, taken October 12, 2015. This document is subject to Storix's request to file materials under seal. | 76 |
| 95. | Plaintiff's Response to Defendant's Second Set of Requests for Production, dated May 18, 2015. | 17 |
| 96. | E-mail from Anthony Johnson attaching a file entitled "Portfolio of Anthony James Johnson.pfl.", dated August 1, 2009. This document is subject to Storix's request to file materials under seal. | 1 |
| 97. | Screenshot of the Portfolio File as it appears on the home screen of Willmaker. This document is subject to Storix's request to file materials under seal. | 3 |
| 98. | Printout of the Instructions and Durable Power of Attorney for Finances for principal Anthony J. Johnson. This document is subject to Storix's request to file materials under seal. | 30 |

| EXHIBIT | DESCRIPTION | NO. PAGES |
|---|---|---|
| 99. | Printout of the Instructions and Declaration of Trust, naming Anthony J. Johnson as Grantor and Trustee. This document is subject to Storix's request to file materials under seal. | 19 |
| 100. | Printout of the Instructions and Will for Anthony J. Johnson. This document is subject to Storix's request to file materials under seal. | 20 |
| 101. | Document Produced By Anthony Johnson as JOHNSON007939. This document is subject to Storix's request to file materials under seal. | 1 |
| 102. | Complaint filed in *Johnson et al. v. Huffman et al.*, Case Number: 37-2015-00034545-CU-BT-CTL, filed October 13, 2015, in San Diego Superior Court. | 18 |
| 103. | Excerpts from the deposition transcript of Robert Taylor, taken September 18, 2015. This document is subject to Storix's request to file materials under seal. | 13 |